## PRIME (BRANDON MANUF'G CO. v.).
See Case No. 1,810.

---

## Case No. 11,422.

### PRIME v. McREA.

[1 Cranch, C. C. 201.] 1

Circuit Court, District of Columbia. Nov. Term, 1804.

DECEDENTS' ESTATES—LIABILITY FOR DEBTS IN VIRGINIA.

One half of the real estate of a testator in Virginia is liable for his debts, although not charged by the will. Quære.

CRANCH, Circuit Judge, doubted, whether a decree can be made to sell the real estate of Robert McRea in the hands of his heirs unless there be a mortgage or other lien; or unless the personal estate has been applied to relieve the real.

E. J. Lee, for complainant, cited Robinson v. Tonge, 3 P. Wms. 398, and Finch v. Earl of Winchelsea, in a note to that case, and Stileman v. Ashdown, 2 Atk. 608. (Cur. ad. vult.)

THE COURT afterwards decreed a sale of half of the lands and rents. [Case No. 11,423.]

---

## Case No. 11,423.

### PRIME v. McREA.

[1 Cranch, C. C. 294.] 1

Circuit Court, District of Columbia. March Term, 1806.

DEBTOR'S LANDS—SALE OF MOIETY.

By the laws of Virginia, in 1801. a court of equity could decree a sale of one moiety of the fee-simple of the debtor's lands in the hands of the heir at law.

The bill states that the plaintiff recovered judgment in Virginia, against Robert McRea and Mease, for —— dollars, and received part from the estate of Mease. That McRea left certain real estate, which he prays may be sold to pay the balance of the debt.

Upon consideration of the cases of Robinson v. Tonge, 3 P. Wms. 398, and Stileman v. Ashdown, 2 Atk. 608. THE COURT decreed that half the rents and half the real estate should be sold.

[See Case No. 11,422.]

---

PRIMROSE (UNITED STATES v.). See Case No. 16,091.

1 [Reported by Hon. William Cranch, Chief Judge.]